# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROGER W. WALLACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRSEC, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:16-cv-01259-RLW<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roger W. Wallach and Defendant Dirsec, Inc. hereby stipulate to the dismissal of all claims asserted by Plaintiff Roger W. Wallach against Defendant Dirsec, Inc. with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party to bear its own costs.

| BUTSCH ROBERTS & ASSOCIATES LLC | SHANDS ELBERT GIANOULAKIS & GILJUM, P.C. |
|---|---|
| By: /s/ David T. Butsch<br>David T. Butsch, # 37539MO<br>Christopher E. Roberts, # 61895MO<br>231 S. Bemiston Ave., Suite 260<br>Clayton, MO 63105<br>Tele: (314) 893-5700<br>Fax: (314) 863-5711<br>Butsch@butschroberts.com<br>Roberts@butschroberts.com<br><br>Attorneys for Plaintiff | By: /s/ Jeremy D. Shook<br>Jeremy D. Shook, # 50412MO<br>Robert F. Murray, #41779MO<br>1 North Brentwood Blvd., Suite 800<br>St. Louis, MO 63105<br>Tele: (314) 241-3963<br>Fax: (314) 241-2509<br>jshook@shandselbert.com<br>rmurray@shandselbert.com<br><br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 3rd day of January, 2017 to all counsel of record.

    /s/ David T. Butsch